# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Display Technologies LLC

                      Plaintiff(s),

3/9/2021

1:20 Civ. 7803 (CM)

- against -

**CLERK'S CERTIFICATE OF DEFAULT**

Cloud4Wi, Inc.

                      Defendant(s),
-----------------------------------------------------------X

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on September 22, 2020 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Cloud4Wi, Inc. by personally serving Corporation Trust Company (signed for by Kamesha James, Intake Specialist), and proof of service was therefore filed on October 12, 2020, Doc. #(s) 15.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      March 9, 2021

                                                                   RUBY J. KRAJICK
                                                                   Clerk of Court

                                                               By: _____
                                                                       Deputy Clerk

SDNY Web 3/2015