# EXHIBIT 4

**EXHIBIT 4: ATTORNEY'S AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

| | | |
|---|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **Case No: 1:20-cv-07803** |
| | § | |
| **vs.** | § | **PATENT CASE** |
| | § | |
| **CLOUD4WI, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

COUNTY OF DALLAS )
)
STATE OF TEXAS )

**AFFIDAVIT OF JAY JOHNSON**

I, Jay Johnson hereby declare and state as follows:

1)      The party against whom judgement is sought is not an infant, incompetent, or in military service.

2)      On September 22, 2020, Plaintiff ("Display") filed a complaint against Cloud4Wi, Inc. ("Defendant") alleging infringement of U.S. Patent No. 9,300,723 (the '723 Patent) titled "Enabling social interactive wireless communications," by Defendant's Proximity Marketing system, and any similar products.

3)      Service was properly effectuated by serving Defendant at The Corporation Trust Company located at The Corporation Trust Company at 1209 Orange St., Wilmington, DE 19801 on October 5, 2020.

4)      Defendant was required to file an answer to the complaint on October 26, 2020.

5)      Defendant has defaulted in the appearance in the action because to date, it has not filed an answer or otherwise responded to the complaint.

6)      On March 9, 2021, the Clerk of the Court issued the Clerk's Certificate of Default.

7)      In evaluating damages for patent infringement, several factors must be examined, including but not limited to:

a.      The Defendant's use of the technology that the subject patent covers, and

b.      The Defendant's revenue derived from that usage.

8)      According to Defendant's YouTube video demonstrating its Proximity Marketing tutorial, Defendant has been using its technology covered by '723 Patent at suit since at least June 14, 2014. *See*, **Exhibit A**.

9)      Per ZoomInfo.com, Cloud4Wi, Inc, has an annual revenue of 5 million dollars. *See*, **Exhibit B**.

10)     Crunchbase.com, Cloud4Wi, Inc has raised a total of 18.1 million dollars in funding to date, their latest funding being raised in series on February 18, 2020, October 2, 2017 and February 18, 2014. *See*, **Exhibit C**.

11)     Based on figures from www.owler.com obtained on July 1, 2021, Defendant has an Estimated Annual Revenue of 10 million dollars per year. *See*, **Exhibit D**.

**12)**     Without the benefit of discovery from Defendant and based on information and belief including **Exhibits A through D**, Display believes that Defendant has relied upon and utilized the technology embodied in the '723 Patent for a substantial portion of Defendant's business. *See*, **Complaint at ¶11-25.**

13)     It is generally well-known and accepted that average royalty rates for patent licensing range from 3 to 6% of gross sales. Moreover, these rates are consistent with the information that the Plaintiff has been aware of for many years.

14)     Based on the foregoing, Display believes a reasonable royalty in this case can be calculated as follows:

a.     Defendant utilizing the technology embodied in the '723 Patent to produce 25% of its revenue. That revenue is 11 million dollars per year (using the median, 11 million dollars of the range of 5 to 18.1 million dollars per year as per **Exhibits B and D**).

b.     Defendant should be assessed a conservative 3% royalty on its usage.

**c.**     Defendant's usage of the asserted technology has existed for at least 3 years. *See*, **Exhibit A.**

d.     Based on the above factors, Display calculates a reasonable royalty of $630,000.00 U.S.D solely for past infringement over the last 3 years.

e.     Attorney's fees and costs in this case is $10,000.00 USD.

f.     Thus, reasonable royalty as calculated above is $630,000.00 plus $10,000.00 [attorney's fees and costs], equaling $640,00.00.

15)     Alternatively, Display has previously licensed the '723 Patent, ranging from one-time payments of $10,000.00 to $130,000.00 U.S.D. in exchange for a license for the life of the '723 Patent.

16)     Thus, Display believes that the appropriate measure of damages should be $640,000.00 [$630,000 + attorney fees and costs], but no less than $130,000.00 U.S.D.

17)     This amount sought is justly due and owing, and no part has been paid.

Executed on July 26, 2021.

Jay Johnson

Sworn to and subscribed before me, Jeannine Jiral, this 26th day of July, 2021.

JEANNINE C. JIRAL
Notary Public, State of Texas
Comm. Expires 10-04-2024
Notary ID 10590336

NOTARY PUBLIC/STATE OF TEXAS

# EXHIBIT A



# Cloud4Wi Proximity Extends WiFi Marketplace Platform with Precisely Targeted Marketing Campaign Capability

June 17, 2014



## Cloud4Wi introduces Cloud4Wi Proximity, a new application for venues to quickly deliver targeted, localized marketing campaigns to customers

**SAN FRANCISCO – June 17, 2014**—At the Wi-Fi Offload Summit, Cloud4Wi, the leading provider of next-generation cloud Wi-Fi platforms, will announce the release of Cloud4Wi Proximity, a new application for venues to quickly and easily deliver targeted, localized marketing campaigns to customers. Cloud4Wi executives will present details about the application at the Wi-Fi Offload Summit at Four Seasons Silicon Valley in Palo Alto. The Cloud4Wi Proximity application

CLOUD4WI

location-based and timed marketing campaigns that offer instant feedback and drive revenue.

Clicktotweet: @cloud4wii Proximity Extends Wi-Fi Marketplace Platform with Super-Targeted Marketing Campaign Capability #WiFi #marketing

Using a wizard approach, Cloud4Wi Proximity guides users through a simple four-step process for defining the campaign: 1) select a triggering event such as a site visit, a sign-in or a logout; 2) narrow the target of the campaign by specified conditions including demographic profile, device or time of day; 3) select appropriate channels for delivery such as SMS, email and/or social media; and 4) choose customized content, which can deploy images, rich text, video, coupons, surveys—whatever supports the message of the campaign. The Cloud4Wi Proximity application is also designed to capture valuable end-user demographics and purchasing patterns to provide venues with the metrics they need to strengthen brand promotion and make direct marketing campaigns more successful and cost-effective.

"*Using Cloud4Wi Proximity, Wi-Fi venues can finally be rewarded for the connectivity service they provide—often for free—by setting up highly targeted, localized marketing campaigns quickly and with minimal effort,*" said Ivan Muccini, Vice President of Product Planning at Cloud4Wi. "*For example, when a diner logs on to a restaurant's free Wi-Fi using Facebook and then finishes lunch and leaves, restaurant management can automatically send* a SMS *thanking her and offering a promotion for the next visit or a short survey about the dining experience. Proximity dramatically shortens the feedback cycle, thus delivering business value in* real time."

"*Cloud4Wi is one of the most promising cloud-based Wi-Fi service platforms that I've seen,*" said Claus Hetting, mobile industry analyst and chair of the Wi-Fi Offload Summit. "*In my view, Cloud4Wi is tackling the Wi-Fi monetization challenge in all the right ways. Right now, it is possible to add a great deal of value to a variety of public venues with managed Wi-Fi solutions like those of*

CLOUD4WI

Ivan Muccini and Brodie Kirkeby, Vice President of USA Sales, will present the Cloud4Wi Proximity application during Monetization Day at the Wi-Fi Offload Summit on Wednesday, June 18 at 2:15 p.m. PDT. For more information about Cloud4Wi or Proximity, please contact info@cloud4wi.com. To schedule a face-to-face meeting at the Wi-Fi Offload Summit in Palo Alto, contact Brodie Kirkeby at bkirkeby@cloud4wi.com or call (949) 887-0636.

For media inquiries, please contact:

**Cloud4Wi**
Elena Briola
ebriola@cloud4wi.com
Tel: +1 (415) 589-9135

## Related Press Releases

Cloud4Wi Named Top 5 Marketing Vendor in the OnCon Icon Awards

**Learn more**

Cloud4Wi appoints Scott A Chief Operating Officer anc Member

**Learn more**



Sign up for our monthly newsletter to get the latest from Cloud4Wi

**Subscribe Now**

Connect with us

**Products**

Location-based Marketing

Enterprise Guest WiFi

Digital Check-In

Integrations

Location SDK

Pricing

**Resources**

Blog

Success Stories

Webinars

Developer Hub

Help Center

**Partners**

**Company**

WiFi Manufacturers

Application Providers

Careers

Press Releases

Events

Privacy Statement Terms of Use
Cookie Preferences

Copyright © 2021 Cloud4Wi. All Rights Reserved.



# EXHIBIT B



zoominfo
Leads by Industry
Top Companies
Pricing
Solutions
Our Data
About Us
Sign Up

Overview | Competitors | Org Chart | Company Insights | News & Media | Search for a contact or company | Advanced Search

# Cloud4Wi

### Description

Cloud4Wi enables businesses and organizations to collect, analyze and act on location-based customer data, using real-ti... Read More

**Headquarters:** 68 Jay St, Brooklyn, New York, 11201, United States

**Phone:** (347) 296-8790

**Website:** www.cloud4wi.com

**Employees:** 59

**Revenue:** $5 Million

Update Company | View contact profiles from Cloud4Wi

SIC Code 73,737 NAICS Code 5112,511210 Show More

**Popular Searches:**
CLOUD4WI Cloud4Wi Inc Cloud4Wi, Inc. Cloud4Wi Inc. cloud4wi.com

Software Development & Design | Software | Business Services General | Business Services

## Top Competitors of Cloud4Wi

1. Skyfii Ltd — 154 — $3 Million
2. Relay2 Inc — 128 — $25 Million
3. Purple WiFi Ltd — 112 — $22 Million
4. Mojo Networks Inc
5. Airpath Wireless , Inc.
6. Devicescape Software Inc

## CEO at Cloud4Wi

**Andrea Calcagno**
Chief Executive Officer & C
Founder
Phone | Email

Rate Andrea Calcagno as a Chie
Executive Officer & Co-Founder

User Ratings

## View Employees

**Wichuda Dechachongjumroen**
Consultant
Phone | Email

**Robert Benattar**
Phone | Email

**Andrea Fine**
Manager, Global Demand Generation
Phone | Email

**Amina Garau**
Pre-Sales Consultant Directo
Phone | Email

**Elena Briola**
Vice President, Marketing
Phone | Email

**Jijomon Thottungalth**
Senior Developer
Phone | Email

zoominfo
Leads by Industry
Top Companies
Pricing
Solutions
Our Data
About Us
Sign Up
Overview
Competitors
Org Chart
Company Insights
News & Media
Search for a contact or company
Advanced Search
Cloud4Wi's Org-Chart
Andrea Calcagno
Chief Executive Officer & Co-Founder
Phone
Email
Davide Quadrini
Chief Technology Officer & Co-Founder
Phone
Email
Phone
Email
Phone
Email
Phone
Email
See Full Org-Chart
Cloud4Wi Company Metrics
Company Insights
Employee Growth Rate
Funding
Funding Date
Round
Amount
Investors
Apr 30, 2020
Debt
$150K
PPP
Oct 01, 2017
Series B
$11M
United Ventures
+ 1 more
Mar 13, 2016
Private Equity
$8M
United Ventures
+ 1 more
See More
$23M
Total Funding Amount
$150K
Most Recent Funding Amount
$15M

7/1/2021 Case 1:20-cv-07803-CM Document 22-4 Filed 07/28/21 Page 15 of 40
Cloud4Wi - Overview, News & Competitors | ZoomInfo.com

zoominfo Leads by Industry | Top Companies | Pricing | Solutions | Our Data | About Us | Sign Up

Overview | Competitors | Org Chart | Company Insights | News & Media | Search for a contact or company | Advanced Search

Rounds

Revenue

$6M
$5.5M
$5M
$4.5M
$4M
'20 - Q1
'20 - Q2
'20 - Q3
'20 - Q4
'21 - Q1
'21 - Q2

Acquisitions & Subsidiaries

Jan 22, 2016
Hadabean S.r.l.s.

See More Acquisitions & Subsidiaries

## Cloud4Wi's Tech Stack

| Twitter for Websites | Hubspot Content Management System | WordPress | SmartRecruiters | Google Font API | Glob |
|---|---|---|---|---|---|
| By | By | By | By | By | E |
| Twitter | HubSpot | Automattic | SmartRecruiters | Google | GMO Inte |

See more technologies

## Cloud4Wi News & Media

### Cloud4Wi joins the HubSpot App Marketplace in the Lead Generation...

Cloud4Wi fills the offline gap of the digital customer journey with location-based marketing capabilities (PRWeb June 08, 2021) Read the full story at https://www.prweb.com/releases/cloud4wi_joins_the_hubspot_app_marketplace_in_the_lead_generation_category/prweb17952910.htm

Jun 7, 2021 | www.prweb.com

### Cloud4Wi Listed as a Representative Vendor for the fourth time in 2021 Gartner Market Guide for

https://www.zoominfo.com/c/cloud4wi-inc/358592434 3/6



May 4, 2021 | martechseries.com

### Cloud4Wi Listed as a Representative Vendor for the fourth time in 2021...

Cloud4Wi fills the offline gap of the digital customer journey with location-based marketing capabilities (PRWeb May 04, 2021) Read the full story at https://www.prweb.com/releases/cloud4wi_listed_as_a_representative_vendor_for_the_fourth_time_in_2021_gartner_market_guide_for_indoor_location_application_platforms_report/prweb17910596.htm

May 3, 2021 | www.prweb.com

Subscribe to "Cloud4Wi" News

## Companies Visiting Cloud4Wi Page Most Often

People from these companies have recently viewed Cloud4Wi profile:

## Frequently Asked Questions regarding Cloud4Wi

**Where are Cloud4Wi's headquarters?**

Cloud4Wi's headquarters are in 68 Jay St, Brooklyn, New York, 11201, United States

**What is Cloud4Wi's phone number?**

Cloud4Wi's phone number is (347) 296-8790

**What is Cloud4Wi's official website?**

Cloud4Wi's official website is www.cloud4wi.com

**What is Cloud4Wi's Revenue?**

Cloud4Wi's revenue is $5 Million

**What is Cloud4Wi's SIC code?**

Cloud4Wi's SIC: 73,737



7/1/2021 Case 1:20-cv-07803-CM Document 22-4 Filed 07/28/21 Page 17 of 40 Cloud4Wi - Overview, News & Competitors | ZoomInfo.com

zoominfo
Leads by Industry
Top Companies
Pricing
Solutions
Our Data
About Us
Sign Up
Overview
Competitors
Org Chart
Company Insights
News & Media
Search for a contact or company
Advanced Search

Cloud4Wi has 59 employees

### What is Cloud4Wi's industry?

Cloud4Wi is in the industry of: Software Development & Design, Software, Business Services General

### Who are Cloud4Wi's main competitors?

Cloud4Wi's main competitors are: Skyfii Ltd, Relay2 Inc, Purple WiFi Ltd, Mojo Networks Inc

### What companies has Cloud4Wi acquired?

Cloud4Wi has acquired the companies: Hadabean S.r.l.s.

### What is Cloud4Wi's tech stack?

The technologies that are used by Cloud4Wi are: Twitter for Websites, Hubspot Content Management System, WordPress, SmartRecruiters

### Who is Cloud4Wi's CEO?

Cloud4Wi's CEO is Andrea Calcagno

### Who is Cloud4Wi's CTO?

Cloud4Wi's CTO is Davide Quadrini

### From which companies the people who are visiting Cloud4Wi's page are from?

The people who are visiting Cloud4Wi's page are from: Global 1.

See more information about Cloud4Wi

## Browse ZoomInfo's Directories

Find Contacts
Find Companies
Boston | New York City | Houston | Chicago | Los Angeles | Atlanta
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

https://www.zoominfo.com/c/cloud4wi-inc/358592434 5/6

zoominfo Leads by Industry | Top Companies | Pricing | Solutions | Our Data | About Us | Sign Up

Overview | Competitors | Org Chart | Company Insights | News & Media | Search for a contact or company | Advanced Search

POPULAR FEATURES

- Sales Solutions
- Marketing Solutions
- Company Contact Search
- Buyer Intent Data
- CRM Lead Enrichment

COMPANY

- About Us
- Our Leadership
- Investor Relations
- FAQs
- Careers
- Contact Us

B2B DATABASE

- Our Data
- Data Transparency
- Update Your Company
- Claim Profile
- Browse Directories
- People Search
- Company Search

MORE RESOURCES

- ZoomInfo Videos
- Newsroom
- Engineering Blog
- COVID-19 Newsfeed
- Recipes for Success
- Privacy Center

Free Trial

Login

866.904.9666

© 2021 ZoomInfo Technologies LLC | Privacy Policy | Terms of Use | Cookies | Status | Do Not Sell My Personal Information

# EXHIBIT C



# Cloud4Wi

SAVE

Summary | Financials | People | Technology | Signals & News

## Highlights

Number of Funding Rounds
3

Total Funding Amount
$18.1M

Number of Lead Investors
2

Number of Investors
2

## Funding

**Cloud4Wi** has raised a total of **$18.1M** in funding over **3** rounds. Their latest funding was raised on **Feb 18, 2020** from a **Debt Financing** round.

**Cloud4Wi** is funded by **2** investors. **Opus Capital** and **United Ventures** are the most recent investors.

**Cloud4Wi** has acquired **2** organizations. Their most recent acquisition was **WiTech SpA** on Aug 13, 2018.

## Funding Rounds

| Number of Funding Rounds | Total Funding Amount |
|---|---|
| 3 | $18.1M |

**Cloud4Wi** has raised a total of **$18.1M** in funding over **3** rounds. Their latest funding was raised on **F** **2020** from a **Debt Financing** round.



 Which funding types raised the most money? SHOW

Cloud4Wi SAVE

Summary | Financials | People | Technology | Signals & News

| | | |
|---|---|---|
| Feb 18, 2020 | Debt Financing - Cloud4Wi | — |
| Oct 2, 2017 | Series B - Cloud4Wi | 2 |
| Feb 18, 2014 | Series A - Cloud4Wi | 1 |

## Investors

Number of Lead Investors

2

Number of Investors

2

Cloud4Wi is funded by 2 investors. Opus Capital and United Ventures are the most recent investors.

Which investors participated in the most funding rounds? SHOW

| Investor Name | Lead Investor | Funding Round | Partner |
|---|---|---|---|
| Opus Capital | Yes | Series B - Cloud4Wi | Gill Cogan |
| United Ventures | Yes | Series B - Cloud4Wi | Massimilian Magrini |
| United Ventures | Yes | Series A - Cloud4Wi | Massimilian Magrini |

## Acquisitions

Number of Acquisitions

# Cloud4Wi

SAVE

Summary | Financials | People | Technology | Signals & News

Which types of acquisition does this organization make most frequently? SHOW

| Acquiree Name | Announced Date | Price | Transaction N |
|---|---|---|---|
| WiTech SpA | Aug 13, 2018 | — | WiTech SpA a Cloud4Wi |
| Hadabean | Sep 9, 2015 | — | Hadabean ac Cloud4Wi |

Unlock more with Pro
Get the most out of Crunchbase
TRY PRO FREE

© 2021 Crunchbase Inc. All Rights Reserved.

Cloud4Wi

SAVE

Summary | Financials | People | Technology | Signals & News



# EXHIBIT D

Get Updates

**1,398** Followers on Owler

**Overview** Competitors Acquisitions Funding News & Insights

# Cloud4Wi

Cloud4Wi is a cloud-based platform that provides location infused customer engagement solutions for businesses.

**Read more**

Est. Annual Revenue

**$10M**

**Agree?** Yes No

Est. Employees

**79**

**Agree?** Yes No

Sector

**Systems Software**

**Internet Software, Artificial Intelligence (AI), Location Based Services**

Headquarters

**New York, New York**

**New York Metropolitan Area**

CEO Approval Rating

  Get Updates

**1,398** Followers on Owler

**Overview** Competitors Acquisitions Funding News & Insights

| RANK | COMPANY | CEO | CEO RATING | EMPLOYEES | FUNDING | REVENUE | |
|---|---|---|---|---|---|---|---|
| | CLOUD4WI | Andrea Calcagno Co-Founder & CEO | 83/100 | 79 | $18.1M | $10M | |
| 1 | KodaCloud | Bernard Herscovici Founder & CEO | 58/100 | 35 | $10M | $2.5M | View Profile |
| 2 | eleven | Peri Pierone CEO | 81/100 | 40 | $125K | $8M | View Profile |
| 3 | purple | Gavin Wheeldon CEO | 80/100 | 105 | $12M | $12M | View Profile |
| 4 | | Wayne Arthur CEO | 80/100 | 3 | $3.5M | $ < 1M | View Profile |
| 5 | | Seale Moorer CEO | 80/100 | 150 | $75M | $120M | View Profile |
| 6 | | Teo Wee Tuck CEO | 60/100 | 99 | - - | $3.3M | View Profile |
| 7 | | Nigel Wesley Founder & CEO | 47/100 | 56 | $5M | $1.5M | View Profile |
| 8 | | Stephane Boisvert CEO | 90/100 | 100 | - - | $21.5M | View Profile |

Get Updates

**1,398** Followers on Owler

**Overview** Competitors Acquisitions Funding News & Insights

KodaCloud is perceived as one of Cloud4Wi's biggest rivals. KodaCloud's headquarters is in Campbell, California, and was founded in 2014. KodaCloud operates in the Telecommunication Services industry. KodaCloud generates 25% of Cloud4Wi's revenue.

Eleven Wireless has been one of Cloud4Wi's top competitors. Eleven Wireless is a Private company that was founded in 2002 in Portland, Oregon. Eleven Wireless is in the Application Software field. Compared to Cloud4Wi, Eleven Wireless has 39 fewer employees.

Purple is Cloud4Wi's #3 rival. Purple was founded in Oldham, England} in 2012. Purple operates in the Application Software industry. Compared to Cloud4Wi, Purple generates $2M more revenue.

Get Updates

**1,398** Followers on Owler

**Overview** Competitors Acquisitions Funding News & Insights

June 29, 2021
Purple Blog

Purple partners with U.S. based Exit Design

Purple has teamed up with Exit Design, a leading experiential graphic design firm that produces compr... **See more »**

Today 11:41 AM
MarketScreener

Fortinet : Security Must Accompany 5G Implementation, Not Follow It

(marketscreener.com) 5G is accelerating opportunities for enterprises and mobile network operators al... **See more »**

## Cloud4Wi Acquisitions

| COMPANY ACQUIRED | ACQUISITION DATE |
| --- | --- |
| | Aug 2018<br>**Source »** |

Get Updates

**1,398** Followers on Owler

**Overview** Competitors Acquisitions Funding News & Insights

| ROUND | FUNDING DATE | AMOUNT | INVESTORS |
| --- | --- | --- | --- |
| Debt | Feb 2020 | $2.5M | - |
| Series B | Oct 2017 | $11.5M | |
| Series A | Mar 2014 | $4M | |

Get Updates

**1,398** Followers on Owler

**Overview** Competitors Acquisitions Funding News & Insights

These are all the companies that Cloud4Wi has invested in. Cloud4Wi's latest investment was WiTech S.r.l. in Aug 2018. WiTech provides WiFi connectivity monetization, network planning and technology consulting services.

## Cloud4Wi News

See all articles »

June 8, 2021
destinationCRM

Cloud4Wi Integrates with HubSpot

Cloud4Wi joins the HubSpot App Marketplace and integrates its location-based marketing tech with HubS... **See more »**

June 7, 2021
Virtual-Strategy Magazine

Wi-Fi Analytics Market Growing at a CAGR 26.0% | Key Player Cisco, SkyFii, Cloud4Wi, Fortinet, Hughes Network Systems

Cisco Systems (US), Aruba Networks (US), Purple WiFi (UK), Cloud4Wi (US), Fortinet (US), Ruckus Netwo... **See more »**

Get Updates

**1,398** Followers on Owler

**Overview** Competitors Acquisitions Funding News & Insights

January 27, 2021 Martech News

Location Technology Leader Cloud4Wi Named Top 5 Marketing Vendor

Cloud4Wi, the industry's leader in location-based customer insights technology, announced that it was... **See more »**

October 9, 2020 SEC

Cloud4Wi, Inc. raises funding

**See more »**

February 20, 2019 IT News Africa

Look to Wi-Fi for Digital Transformation in Retail

CIOs in the retail sector are increasingly looking to location analytics provided by sophisticated Wi... **See more »**

November 9, 2018 Telecompaper

Corr-Serve selects Cloud4Wi to make smarter WiFi offering in SA

(Telecompaper) Distributor Corr-Serve has announced the addition of Cloud4Wi to its portfolio. It sai... **See more »**

July 4, 2018 Ms Cherry Legal

Global Wi-Fi Analytics Market 2018 - Cisco Systems, Skyfii, Purple, July Systems, Zebra Technologies, Euclid, Cloud4Wi

The market research report provides a comprehensive review on Global Wi-Fi Analytics Market with a co... **See more »**

February 6, 2018 SpaceGab

New Guest WiFi, Location Analytics and Location-Based Marketing Capabilities Designed for Enterprises

Owler

CLOUD4WI

Get Updates

**1,398** Followers on Owler

**Overview** Competitors Acquisitions Funding News & Insights

April 13, 2021
Cloud4wi Blog

Cloud4Wi and Tanaza join forces to bring to market a compelling bundle for WiFi Solution Providers

Cloud4Wi, industry leader in location-based customer insights technology, and Tanaza, a leader in the... **See more »**

February 2, 2021
Cloud4wi Blog

Cloud4Wi returns to the Wireless Broadband Alliance

Cloud4Wi's choice to join the OpenRoaming initiative was a natural next step for the company NEW YOR... **See more »**

January 15, 2021
Cloud4wi Blog

Cloud4Wi: Offering Outstanding Enterprise Grade Product Suites For Better Understanding & Engaging Visitors

The post Cloud4Wi: Offering Outstanding Enterprise Grade Product Suites For Better

Get Updates

**1,398** Followers on Owler

**Overview** Competitors Acquisitions Funding News & Insights

January 15, 2021 Cloud4wi Blog

Il mio pranzo con il Presidente della Repubblica in Silicon Valley

The post «Il mio pranzo con il Presidente della Repubblica in Silicon Valley» appeared first on Cloud... **See more »**

January 15, 2021 Cloud4wi Blog

La plateforme de Cloud4Wi disponible chez Config

The post La plateforme de Cloud4Wi disponible chez Config appeared first on Cloud4Wi.... **See more »**

January 15, 2021 Cloud4wi Blog

"Vi spiego come fatta la comunit italiana in Silicon Valley e come far rientrare i talenti"

The post "Vi spiego come è fatta la comunità italiana in Silicon Valley e come far rien... **See more »**

January 15, 2021 Cloud4wi Blog

Cloud4Wi, la startup pisana che ha ricevuto 12 milioni di dollari

The post Cloud4Wi, la startup pisana che ha ricevuto 12 milioni di dollari appeared first on Cloud4Wi... **See more »**

November 9, 2020 Cloud4wi Blog

Marketing Awards Update: Cloud4Wi is a Finalist for OnCon's Top 25 Marketing Vendor Award!

We're beyond thrilled to announce that Cloud4Wi has been selected as a finalist

Case 1:20-cv-07803-GM Document 22-4 Filed 07/28/21 Page 34 of 40

Get Updates

**1,398** Followers on Owler

**Overview** Competitors Acquisitions Funding News & Insights

Cloud4Wi Acquires Wifech to Boost Presence in the European Market

Cloud4Wi, provider of the industry's leading location service solutions, today announced its recent a... **See more »**

July 10, 2017
PRWeb

Cloud4Wi Wins Prestigious Digital360 Fashion/Retail Awards

Innovative Wi-Fi services platform leader honored for its role in transforming in-store customer expe... **See more »**

July 10, 2017
streetinsider

Cloud4Wi Wins Prestigious Digital360 Fashion/Retail Awards

Cloud4Wi, provider of Volare, the industry's leading services platform for advanced guest Wi-Fi, toda... **See more »**

October 3, 2016 Press Release Rocket

Cloud4Wi's VolareXP Enables Service Providers to Offer Marketing Services over Wi-Fi to Small and Medium Businesses

Broadband operators can empower their customers with business-building services needed to stay releva... **See more »**

 





Get Updates

**1,398** Followers on Owler

**Overview** Competitors Acquisitions Funding News & Insights

April 14, 2016 PRWeb

Cloud4Wi Named A 2016 Tech & Innovation Award Winner By The San Francisco Business Times

Volare advanced guest Wi-Fi platform recognized for leadership(PRWeb April 14, 2016)Read the full sto... **See more »**

March 16, 2016 PRWeb

Cloud4Wi Introduces Volare , the First True Brand-Building Services Platform for Guest Wi-Fi

New marketing and management capabilities demo at Retail Week Live, Booth #42(PRWeb March 15, 2016)Re... **See more »**

February 9, 2016 PRWeb

Cloud4Wi Recognized Among Top 10 WLAN Solution Providers of 2016 by Enterprise Networking

Cloud4Wi today announced that it's been recognized in Enterprise Networking's list of Top 10 WLAN Sol... **See more »**

December 3, 2015 Marketwired

Hub One Selects Cloud4Wi for Its New Wi-Fi Offering

French Telecom Company Will Offer "Hotspot-as-a-Service" Based on Cloud4Wi Platform... **See more »**

## Cloud4Wi Videos

**See all articles »**







Get Updates

**1,398** Followers on Owler

**Overview** Competitors Acquisitions Funding News & Insights

January 21, 2021
Cloud4wi Youtube Channel

"Luxury Unlocked - How digital transformation is reshaping the luxury experience" on YOUTUBE

See more »

December 18, 2020
Cloud4wi Youtube Channel

"Fireside chat with Sandra Miller - The state of Silicon Valley's tech scene during COVID-19" on YOUTUBE

See more »

November 2, 2020 Cloud4wi Youtube Channel

"Fireside chat with Passerini - How CIOs drive business value" on YOUTUBE

See more »

July 14, 2020 Cloud4wi Youtube Channel

"Cloud4Wi and Luxury Institute - Luxury 1 to 1 relationship between privacy and personalization" on YOUTUBE

See more »

March 4, 2020 Cloud4wi Youtube Channel

"Cloud4Wi for Salesforce Marketing Cloud" on YOUTUBE

See more »



 Get Updates

**1,398** Followers on Owler

**Overview** Competitors Acquisitions Funding News & Insights



June 13, 2017 Cloud4wi Youtube Channel

"Corporate Guest Wifi in 60 seconds" on YOUTUBE

See more »

October 10, 2016 Cloud4wi Youtube Channel

"Introducing VolareXP" on YOUTUBE

See more »

## Social Media

Social Media Links   

## Cloud4Wi Headquarters

68 Jay Street
New York, New York11201

347-296-8790

Driving Directions »

Get Updates

**1,398** Followers on Owler

**Overview** Competitors Acquisitions Funding News & Insights

StarStone | Nextlink Internet | FanDuel | Telford Homes | Digital Realty | CarbonChain | Blackberry | Mercury Systems | Mastercard | Builders FirstSource | Regeneron

**PEOPLE ALSO VIEWED**

Redis Labs Ltd. | CyberGrants | Datavail Corp. | MobiSwipe | Little Bird Technologies | talech | Tresorit | Eka | Secure Code Warrior Pty. Ltd. | Mi9 Retail | Compunnel | Moka | Shuttlerock | TrustMarque | eLocal | Timken | Rothschild | Brocade | Rochester Drug | Grupa Interia.pl Sp. z o.o. | The&Partnership | Bluesoft Sistemas | CONFORMiT | Resco.net, Inc. | Owls | CTDI GmbH | DataDome | The Olayan Group | Suyati Technologies | Varicent Software Incorporated

## Cloud4Wi Summary

ABOUT

Overview

Cloud4Wi is a cloud-based platform that provides location infused customer engagement solutions for businesses. Cloud4Wi was founded in 2014. Cloud4Wi's headquarters is located in New York, New York, USA 11201. It has raised 18.1M in 3 rounds. The lat...

See more

CEO

  



Get Updates

**1,398** Followers on Owler

**Overview** Competitors Acquisitions Funding News & Insights

Cloud4Wi was founded in 2014

**Who is Cloud4Wi's CEO?**

Cloud4Wi's CEO is Andrea Calcagno

**How much revenue does Cloud4Wi generate?**

Cloud4Wi generates $10M in revenue

**How much funding does Cloud4Wi have?**

Cloud4Wi has historically raised $18.1M in funding

**Where is Cloud4Wi's headquarters?**

Cloud4Wi's headquarters is in New York New York, USA

**How many employees does Cloud4Wi have?**

Cloud4Wi has 79 employees

**What sector does Cloud4Wi operate in?**

Cloud4Wi is in Systems Software, Internet Software, Artificial Intelligence (AI)

**Who are Cloud4Wi's competitors?**

Cloud4Wi's top competitors are KodaCloud, Eleven Wireless, Purple

## Stay up-to-date with the latest news on Cloud4Wi

Follow


 



Get Updates

**1,398** Followers on Owler

**Overview** Competitors Acquisitions Funding News & Insights

and sales professionals.

**ABOUT**

About Owler

Leadership Team

Board Members

Careers

Blog

**OFFERINGS**

Owler Pro

Owler Plus

Advertise with Owler

Data Licensing

**SUPPORT**

Support Center

Contact Support

Webinars

© 2021 OWLER, INC.