IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | § § | |
| Plaintiff, | § § | Case No: 1:20-cv-07803-CM |
| vs. | § § | PATENT CASE |
| **CLOUD4WI, INC.,** | § § | |
| Defendant. | § § | |

## **ORDER**

On this date came on to be heard Plaintiff's Motion for Default Judgment, and the Court having considered same, is of the opinion that the Motion should be GRANTED. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Court hereby enters a Default Judgment against Defendant Cloud4Wi, Inc. in the amount of _____.

DATED this \_\_\_\_ day of _____, 2021.

BY THE COURT:

_____
HONORABLE UNITED STATES DISTRICT JUDGE