**Kizzia Johnson PLLC**
1910 Pacific Ave, SUITE 13000
DALLAS, TEXAS 75201
(W) 214.451.0164
(F) 214.451.0165
KJPLLC.COM

Angela Kearney
214.451.0164
akearney@kjpllc.com

July 28, 2021

Honorable Colleen McMahon, Chief Judge
United States District Court Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007
**<u>via FedEx Overnight</u>**

RE:   *Display Technologies, LLC v. Cloud4Wi, Inc.*
      Civil Action No.: 1:20-cv-07803-CM

Dear Judge McMahon:

Enclosed please find a courtesy copy of Plaintiff's Motion for Default Judgment [Doc. 22] filed July 28, 2021.

Thank you for your attention to this matter. If you have any questions or concerns, please contact our office.

Regards,
Kizzia Johnson PLLC

*Angela Kearney*
Angela Kearney
Paralegal

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/21

---

9/9/2021
(1) Was the motion for a default judgment served on the defendant in accordance with my rules for service of a default judgment motion? There is no indication in the record that this was done. Please provide proof of service on the defendant in the same manner as a summons, together with notice of the effect of default, as required by my rules.

CM