IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** § § | |
| Plaintiff, § | Case No: 1:20-cv-07803-CM |
| § | |
| vs. § | PATENT CASE |
| § | |
| **CLOUD4WI, INC.,** § § | |
| Defendant. § § | |

## NOTICE OF MOTION FOR DEFAULT JUDGMENT

TO:  Cloud4Wi, Inc.
  c/o The Corporation Trust Company
  Corporation Trust Center
  1209 Orange Street
  Wilmington, DE 19801

THE ATTACHED LEGAL PAPERS ARE BEING SERVED ON YOU BECAUSE YOU HAVE FAILED TO APPEAR IN A LAWSUIT BROUGHT AGAINST YOU. IF YOU DO NOT ENTER AN APPEARANCE IN THE LAWSUIT ON OR BEFORE OCTOBER 1, 2021, THE COURT WILL ENTER A DEFAULT JUDGMENT AGAINST YOU. IF YOU ARE A CORPORATION, YOU CAN ONLY APPEAR THROUGH AN ATTORNEY. IF YOU ARE AN INDIVIDUAL, YOU MAY APPEAR BY AN ATTORNEY OR PRO SE. IN EITHER EVENT, YOU MUST TAKE SOME ACTION OR A JUDGMENT WILL BE ENTERED AGAINST YOU. ENTRY OF A JUDGMENT MAY RESULT IN A LEVY AGAINST YOUR PROPERTY

|  |  |
|---|---|
| Dated: September 10, 2021. | Respectfully submitted, |
|  | */s/Jay Johnson* |
|  | **JAY JOHNSON** |
|  | State Bar No. 24067322 |
|  | **D. BRADLEY KIZZIA** |
|  | State Bar No. 11547550 |
|  | **KIZZIA JOHNSON, PLLC** |
|  | 1910 Pacific Ave., Suite 13000 |
|  | Dallas, Texas 75201 |
|  | (214) 451-0164 |
|  | Fax: (214) 451-0165 |
|  | jay@kjpllc.com |
|  | bkizzia@kjpllc.com |
|  | |
|  | **ATTORNEYS FOR PLAINTIFF** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-07803-CM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CLOUD4WI, INC., was received by me on *(date)* Sep 14, 2021, 7:50 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ROBIN HUTTBANKS , who is designated by law to accept service of process on behalf of *(name of organization)* THE CORPORATION TRUST COMPANY, THE REGISTERED AGENT FOR CLOUD4WI, INC., on *(date)* Tue, Sep 14 2021 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 09/17/2021

*Server's signature*

RAMONA TALVACCHIO - PROCESS SERVER

*Printed name and title*

1201 N ORANGE ST., SUITE 714, WILMINGTON, DE 19801

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 14, 2021, 11:29 am at 1209 ORANGE ST., WILMINGTON, DE 19801 received by CLOUD4WI, INC., BY DELIVERING TO ITS REGISTERED AGENT, THE CORPORATION TRUST COMPANY, WHERE THE DOCUMENT WAS ACCEPTED BY ROBIN HUTTBANKS, INTAKE SPECIALIST.

DELIVERED TO THE ABOVE NAMED WAS A NOTICE OF MOTION FOR DEFAULT JUDGMENT, PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT WITH EXHIBIT 1-4 AND ORDER.