**Kizzia Johnson** PLLC
1910 Pacific Ave, SUITE 13000
DALLAS, TEXAS  75201
(W) 214.451.0164
(F) 214.451.0165
KJPLLC.COM

Jay Johnson
214.451.0164
jay@kjpllc.com

October 22, 2021

Honorable Judge Colleen McMahon
United States District Court Southern District of New York
500 Pearl Street
New York, New York 10007
<u>*via CM/ECF*</u>

RE:   *Display Technologies, LLC v. Cloud4Wi, Inc.; C*ivil Action No.: 1:20-cv-07803-CM
      In The United States District Court for the Southern District of New York

Dear Judge McMahon:

On July 28, 2021, Plaintiff filed its Motion for Default Judgment [Doc 22]. Plaintiff inadvertently did not include its Proposed Default Judgment, along with this filing. Therefore, attached please find Plaintiff's Proposed Default Judgment for the Court's review and consideration.

Thank you for your attention to this matter. If you have any questions or concerns, please contact our office at (214) 451-0164.

Sincerely,
Kizzia Johnson PLLC


*/s/Jay Johnson*
Jay Johnson

*JBJ/ak*

*Encl.*