IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | Case No: 1:20-cv-07803-CM |
| vs. | § § | PATENT CASE |
| CLOUD4WI, INC., | § § § | |
| Defendant. | § | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2021

**ORDER + Judgment**

On this date came on to be heard Plaintiff's Motion for Default Judgment, and the Court having considered same, is of the opinion that the Motion should be GRANTED. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Court hereby enters a Default Judgment against Defendant Cloud4Wi, Inc. in the amount of $130,000, being the fee at which Defendant has heretofore licensed the patent to others, for the life of the patent, together with attorneys fees in the amount of $10,000, for a

DATED this 21 day of October, 2021.

BY THE COURT:

_____
HONORABLE UNITED STATES DISTRICT JUDGE

Total of $140,000.00

The Clerk to remove the motion at Docket #22 from the court's list of open motions

ORDER                                                                                           Page | 1